John Davis T164941
3250 W. Lower Buckeye Road
Phoenix, AZ. 85009
PRO-SE

FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 16 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

John Leo Davis,
  Plaintiff,
v.
Goodyear Police Dept. et al.,
  Defendants

Case No. CV-18-02603-PHX-DLR--BSB

MOTION FOR LEAVE TO EXTEND THE ADDITIONAL PAGE LIMIT IN PLAINTIFF'S ORIGINAL COMPLAINT

The Plaintiff, John Davis, comes now as a Pro-Se litigant, hereby files this Motion For Leave To Extend The Additional Page Limit In Plaintiff's Original Complaint. The following Memorandum Of Points And Authorities is why the Plaintiff respectfully request that this court Grants this Motion in it's entirety.

MEMORANDUM OF POINTS AND AUTHORITIES

I. Statement of Case.

This is a civil rights action filed by the Plaintiff, a state prisoner, for damage relief under 42 U.S.C. §1983, and State Law Tort Claims, for damage relief filed under Supplemental Jurisdiction. The complaint alleges the follow United States Constitutional Violations: 4th Amendment, Unreasonable Search and Seizure; and 14th Amendment Cruel and Unusual Punishment under the Due Process clause. The complaint further alleges the following State Law Tort Claims: Assault and Battery; Intentional Infliction of Emotional Distress; Negligent Infliction of Emotion Distress; Negligence in Supervising, Training, Controlling, hiring, or retention of Subordinates; Article II §4; Due Process of law violation of Arizona Constitution;

—1—

and Article II § 15, Cruel and Unusual Punishment violation of Arizona Constitution. These federal and state claims all arise from a sexual abuse/assault allegation made against the Goodyear Police Department Officials. This Court has jurisdiction over the Plaintiffs claims of federal constitutional rights violation under 42 U.S.C §§ 1331(1) and 1343. In addition, this court retains supplemental jurisdiction of the State Law Tort Claims under 28 U.S.C. 1367.

II. Argument

This is a factually complex case due to the sheer number of claims and the allegation raise by the Plaintiff, which requires an in-depth explanation of each claim. Additionally, the Plaintiff has incorporated in his Original Complaint multiple State Law Tort Claims that arises from the same facts. The Plaintiff simply is unable to articulate his claims in the (15) additional page limit. Therefore, based on the foregoing, the Plaintiff is requesting leave to extend the (15) additional page limit to a total of (22) additional pages, to allow the Plaintiff to effectively state his claims against the Defendants in each count.

III. Conclusion

WHEREFORE, the Plaintiff respectfully request that this court:

A. Grant the Plaintiffs Motion For Leave To Extend the (15) addition page limit to a total of (22) additional pages; and

B. Enter any other orders that this court deems just and proper.

DATED this 9th day of August, 2018.

_____
John Davis

## CERTIFICATION OF SERVICE

I hereby certify that on August 9th, 2018, I caused the following document and any attachments to be mailed via U.S. Mail to: Clerk of the Court, Sandra Day O'connor, U.S. Courthouse, 401 W. Washington Street, Suite 130, SPC 1, Phoenix AZ, 85003

Notice

No parties were served any copies of this motion due to the fact that this case is a new case and has yet to be assigned to a District Judge and Magistrate Judge. Additionally, the Original Complaint has yet to be screened by this court, therefore the Defendants have not been served the complain, and thereby are not entitled to be served for this motion.

By: _(signature)_
John Davis

# MARICOPA COUNTY SHERIFF'S OFFICE

## **CERTIFICATION**

I hereby certify that on this date _____ August 13, 2018 _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____a. Calleaghan_____          B3853
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009